

June 2, 2026


Dear Evgenly Illin,

We are writing in response to your letter of complaint to Consumer Financial Protection Bureau, pertaining to payment from Maritime Bank JSC to an account at JPMorgan Chase (BNY Mellon's case reference BKI-260508006687) which originally was blocked by JPMC in 2022. On May 8, 2026, JPMorgan Chase attempted to return those funds through BNY to Aktif Investment Bank at which time the transaction stopped in our Sanctions filter for investigation.

After several correspondence with JPMorgan Chase, on May 22, 2026, BNY released these funds to Aktif Investment bank for the account of OJSC Eldik Bank after we received the necessary documentation required from JPMorgan Chase which satisfied our Sanctions concerns.

As you may be aware, international transactions of this kind are screened for potential violations of law including economic sanctions. These sanctions are maintained by the US Treasury Office Department's Office of Foreign Assets and Controls (OFAC).  This screening is undertaken to ensure that money passing through the financial system (as happened here) is neither coming from nor going to people, places, or entities against which the US government maintains sanctions.

In this case, JPMorgan Chase provided the necessary details which allowed the release of $234,060.08 which represented the principal amount, plus interest earned at JPMorgan Chase while the funds were blocked.

We believe this situation is not resolved and will close our file.

Regards,


BNY Mellon Global Operations
Payment & Treasury Service OFAC Sanctions