

SEQUOIA Joint Stock Company
OGRN 1207700261317 / TIN 9703014733
Moscow, 42 Boulevard, building 1, office
1101/5
Tel.: +7 (800) 301-41-81
info@sequoia.holdings
www.sequoia.holdings

## POWER OF ATTORNEY

### For Representation before JPMorgan Chase Bank, N.A.

---

### PRINCIPAL:

Joint Stock Company **SEQUOIA**
OGRN: 1207700261317
TIN (INN): 9703014733

**Registered Address:**
**42 Bolshoy Boulevard, Building 1, Office 1101/5,**
**Moscow, Russian Federation**

Represented by:
**Mr. Vasily Pavlovich Dyatlov**
President of JSC SEQUOIA
Acting under the Charter

---

### ATTORNEY-IN-FACT:

**Mr. Evgeniy Anatolievich ILIN**
Passport No. **77 6972801**, issued 15.08.2025
Date of Birth: **17 January 1985**
Citizenship: Russian Federation

**Contact Email: ieasky017@gmail.com**

---

### LEGAL BASIS (Branch Information)

According to the **Resolution of the Sole Executive Body of SEQUOIA Joint Stock Company dated October 31, 2023**,
Mr. Evgeniy A. Ilin is appointed as:



**Director of the Branch of SEQUOIA Joint Stock Company in the Kyrgyz Republic**

This status grants the Attorney full authority to act on behalf of both the Parent Company and its Branch.

---

## 1. SCOPE OF AUTHORIZATION

The Principal hereby authorizes the Attorney to fully represent **JSC SEQUOIA** and its **Branch in the Kyrgyz Republic** before **JPMorgan Chase Bank, N.A.**, including but not limited to the following matters:

**Blocked Transaction Details**

- **Case Ref: JPM221111-002281**
- **Case Ref: JPO221019-000407**
- Transaction Ref: **0606420292FC**

**The Attorney is authorized to:**

1. Submit to JPMorgan the OFAC License authorizing the release of blocked funds.
2. Provide all necessary corporate, identification, and transaction-related documents.
3. Communicate directly with JPMorgan OFAC Compliance, Sanctions, and Global Investigations units.
4. Request and obtain official information regarding the blocked transactions.
5. Receive decisions, letters, instructions, and confirmations from JPMorgan.
6. Sign and submit any documentation required to process or execute the OFAC License.
7. Perform any and all actions necessary to release, return, reroute, or otherwise resolve the blocked funds.

---

## 2. BACKGROUND CONFIRMATION

The Principal confirms that:

- Funds related to the above transaction were blocked by **JPMorgan Chase Bank, N.A. (CHASUS33)** following sanctions screening identifying OFAC SDN-interest.
- JPMorgan notified that the transaction is blocked and requires a valid OFAC License before any release of funds.



- JSC SEQUOIA authorizes its Attorney to act in all matters related to this process.

## 3. TERM OF POWER OF ATTORNEY

This Power of Attorney is valid until:

**31 December 2026,**

unless revoked earlier in writing.

## 4. SIGNATURES

**For JSC SEQUOIA**
President
**Mr. Vasily Pavlovich Dyatlov**

Signature
Date: 12/01/2025

**Corporate Seal (if applicable)**

## 5. ACCEPTANCE BY ATTORNEY

I, **Evgeniy Anatolievich Ilin**, hereby accept this authorization.

Signature
Date: 12/01/2025