

«Элдик Банк»
Ачык акционердик коому

720021, Кыргыз Республикасы
Бишкек ш., Москва көч., 80/1
тел.: +996 312 58 01 16
тел/факс: +996 312 68 04 06
e-mail: info@rsk.kg

«Элдик Банк»
Открытое акционерное
общество

720021, Кыргызская Республика
г. Бишкек, ул. Московская, 80/1
тел.: +996 312 58 01 16
тел/факс: +996 312 68 04 06
e-mail: info@rsk.kg

_____ № _____

на № 13005/3-59? от 20.05.2026г.

**Филиал Акционерного общества «Секвойя» в Кыргызской Респбулике**

## СПРАВКА

ОАО «Элдик Банк» в ответ на Ваше заявление Исх. № 15/05 от 18.05.2026г., настоящим подтверждает информацию о закрытии расчетных счетов Филиала Акционерно общества «Секвойя» в Кыргызской Республике:

| № | Номер счета | Тип счета | Валюта | Дата закрытия |
|---|---|---|---|---|
| 1 | 1299003150040158 | Расчетный счет | Сом | 20.05.2026г. |
| 2 | 1299003150040259 | Расчетный счет | Российский рубль | 20.05.2026г. |
| 3 | 1299003150040461 | Расчетный счет | Доллар США | 20.05.2026г. |
| 4 | 1299003150041067 | Расчетный счет | Турецкая лира | 20.05.2026г. |
| 5 | 1299003150040360 | Расчетный счет | Евро | 20.05.2026г. |
| 6 | 1299003150040562 | Расчетный счет | Китайский юань | 20.05.2026г. |

Справка дана согласно запросу клиента:

**Заместителя директора**
**Главного операционного управления**

**К.О. Жамынчиева**

Исп: ГОПУ
Тел: 58-61-06

# CERTIFICATE

Eldik Bank, in response to your request Ref. No. 15/05 dated 18.05.2026, hereby confirms the closure of the settlement accounts of the Branch of Joint Stock Company "Sequoia" in the Kyrgyz Republic.

| No. | Account Number | Account Type | Currency | Closure Date |
|---|---|---|---|---|
| 1 | 1299003150040158 | Settlement Account | Kyrgyz Som | 20.05.2026 |
| 2 | 1299003150040259 | Settlement Account | Russian Ruble | 20.05.2026 |
| 3 | 1299003150040461 | Settlement Account | United States Dollar (USD) | 20.05.2026 |
| 4 | 1299003150041067 | Settlement Account | Turkish Lira | 20.05.2026 |
| 5 | 1299003150040360 | Settlement Account | Euro | 20.05.2026 |
| 6 | 1299003150040562 | Settlement Account | Chinese Yuan | 20.05.2026 |

This certificate has been issued upon the client's request.

Deputy Director
Main Operations Department

K.O. Zhamyshchieva

Director of the branch of Sequoia JSC _____ Ilin E.A.