**Gmail**

**Evgeniy Ilin <ieasky017@gmail.com>**

## NOTICE OF FACTS – Case ECW260309-01584-R1 – OFAC License RUSSIA-EO14024-2023-1033893-1

1 письмо

---

**Evgeniy Ilin** <ieasky017@gmail.com>                                    27 мая 2026 г. в 10:43
Кому: Chase CreditCardExecutiveOffice <chase.creditcardexecutiveoffice@chase.com>, Chase Executive Office <chase.executive.office@chase.com>, executive.office@chase.com
Копия: "Shulman, Ilya" <ilya.shulman@jpmorgan.com>, krista.santoro@jpmchase.com

---

## FINAL NOTICE OF FACTS

**Subject:** NOTICE OF FACTS – Case ECW260309-01584-R1 – OFAC License RUSSIA-EO14024-2023-1033893-1

**Date:** May 27, 2026

**To:** Executive Office, JPMorgan Chase Bank, N.A.
([chase.creditcardexecutiveoffice@chase.com](mailto:chase.creditcardexecutiveoffice@chase.com), [executive.office@chase.com](mailto:executive.office@chase.com))

**Cc:** Ilya Shulman, Krista Santoro

Dear Executive Office,

This letter is an **official notice of established facts** and does not contain new requests. It records the chronology, your actions (and inaction), and the legal basis for Chase's responsibility.

### 1. I initially provided full instructions and offered 6 correspondent banks to choose from

When preparing the licensed transfer, I provided Chase with **detailed payment instructions**including six correspondent banks (direct SWIFT details, intermediary banks, alternative routes). All instructions were received and acknowledged by Chase.

**Fact:** The speed and success of the transfer depend solely on Chase, because Chase chooses the correspondent bank, sends the payment, and is obligated to escort it until completion.

### 2. Chase shifted responsibility to BNY Mellon and misled me

After BNY Mellon placed a hold on the funds, Chase stated in writing (May 19, 2026): *"JPMC no longer holds the funds... contact BNY Mellon directly."*

However, **Chase itself** chose BNY Mellon as its correspondent. I have no relationship whatsoever with BNY Mellon. Moreover, BNY Mellon confirmed in writing (May 20, 2026) that it **will not communicate with me**, because I am not their client, and that **Chase must contact them directly**.

**Fact:** Chase deliberately misled me by shifting its interbank communication duty onto me, creating the false impression that I must deal directly with Chase's correspondent.

### 3. Chase does not act in the client's interest and systematically ignores the information I provide

I have repeatedly provided Chase with critical information directly affecting the execution of the transfer. Chase ignored every instance:

| Information provided | Chase's reaction |
| --- | --- |
| Warning that the ELDIK BANK account would close (before May 15, 2026) | Ignored. The account closed on May 20. |
| Official confirmation of account closure (May 20, 2026) | Ignored. Chase continues to reference this route. |
| Alternative payment instructions (6 correspondent banks) | Ignored. Chase used none of them. |
| Full documentation for the fiduciary mechanism (Fiduciary Agreement, Resolution No. 5, Emirates NBD confirmation) | Ignored. Chase proposed no alternative. |
| Repeated written demands to return funds and provide trace (MT103, MT199) | Ignored. Refusal or silence. |
| Medical documentation (stage 4 cancer, life-threatening condition) | Ignored. Chase proposes waiting until June 16-17. |

**Fact:** Chase does not act in the client's interest, disregards the information provided, and fails to fulfill its obligation to escort the transfer.

**Legal basis:** Pursuant to **UCC § 1-304**, every contract or duty imposes an **obligation of good faith**. Chase systematically violates this obligation by ignoring information, misleading me, and shifting responsibility to third parties.

## 4. Chase ignores my medical condition and continues to delay execution

I have documented stage 4 cancer. Medical records have been provided to Chase repeatedly. Each day of delay worsens my prognosis and creates an immediate threat to my life.

Despite this, Chase:

- refuses to initiate a recall/return of funds;
- **refuses to provide SWIFT trace (MT103, MT199, status)**;
- proposes to passively wait for "automatic return" until June 16-17;
- provides no technical escort of the transfer.

**Fact:** Chase deliberately delays and remains passive, endangering my life.

## 5. Responsibility for completing the transfer and executing the OFAC license lies entirely with Chase

**Legal basis:**

- **OFAC Specific License No. RUSSIA-EO14024-2023-1033893-1** was issued to **JPMorgan Chase**. You are the license holder and the originating bank.
- **UCC § 4-A-402(3)-(4)** provides that if a funds transfer is not completed by acceptance by the beneficiary's bank, the originating bank must request a refund from the intermediary bank.
- **UCC § 4-A-302(b)** permits the use of a commercially reasonable alternative execution method when the original route becomes infeasible or non-functional.
- **OFAC FAQ 1106** confirms that a bank may rely on customer-provided documentation in the absence of any reason to doubt.
- **UCC § 1-304** requires good faith performance, which Chase has grossly violated.

**Fact:** You cannot shift responsibility to BNY Mellon. The duty to execute the license, choose the transfer method, and escort the payment lies exclusively with Chase.

## 6. I provided all documents for the fiduciary mechanism to facilitate Chase's work

After the original beneficiary account was closed (ELDIK BANK confirmation of May 20, 2026), I provided a **fully disclosed fiduciary mechanism**:

- Fiduciary Agreement
- Temporary Agreement No. 01:2026
- Corporate Resolution No. 5
- Emirates NBD account confirmation
- Confirmation of Chase's correspondent relationship with Emirates NBD

I did all the work to provide Chase with a **legally sound, transparent, operationally feasible alternative route** that:

- does not change beneficial ownership (remains JSC SEQUOIA);
- is not sanctions evasion;
- serves a humanitarian purpose (cancer treatment).

**Fact:** Chase ignored these documents and proposed no other lawful way to complete the transfer.

## 7. The public UETR has not moved since May 2, 2026; Chase refuses to provide MT103 and MT199

I provided UETR: **44531299-1ad8-4ddb-a50f-0f1e186c2100**. Public trackers (Deutsche Bank tracker, Ohmyfin) show:

- Status: "Payment in progress" / ACSP
- Last update: **May 2, 2026**
- No movement, no status change, no completion, no return as of May 27, 2026.

These trackers are **independent public sources** and clearly show that the transfer is not completed and is not moving.

Chase, in turn, refuses to provide **MT103** (payment confirmation) and **MT199** (SWIFT trace / status), even though these documents are standard proof of funds movement.

**Fact:** The absence of MT103 and MT199, combined with the frozen public UETR, proves that Chase either does not know where the funds are or is deliberately concealing information, misleading me.

## 8. Summary for the record and further action

- Funds have not moved since May 2, 2026 (public UETR tracker).
- Chase refuses to request return of funds from BNY Mellon.
- Chase continues to reference a closed payment route.
- Chase has provided no documentary evidence for its oral statements (no MT103, no MT199).
- Chase systematically ignores information provided and does not act in the client's interest (violation of UCC § 1-304).
- Chase proposed an unacceptable timeline (June 16-17), ignoring documented medical urgency.
- Responsibility for executing the license and completing the transfer lies entirely with Chase.



This letter serves as official notice that I do **not** accept your passive position. I hold Chase fully responsible for all consequences of further delay, including deterioration of my health and inability to receive timely treatment.

**Deadline for compliance: June 1, 2026.**

If Chase fails to take real action (return of funds from BNY Mellon and execution via the alternative route) by that date, I will be forced to file a lawsuit in the United States District Court for the Southern District of New York (SDNY) on **June 2, 2026**, and will continue public exposure of this situation.

Respectfully,

**Evgeniy Ilin**
Attorney-in-Fact for JSC SEQUOIA
+971 50 167 1872
ieasky017@gmail.com

## Attachments:

1. Screenshots of public UETR tracker (no movement since May 2, 2026)

2. ELDIK BANK account closure confirmation (May 20, 2026)

3. Medical documentation (stage 4 cancer)

4. Previous correspondence with Chase (letters, demands)

---

**Приложений: 4**

 **TrackingDataClick2MailOrder36700133 — копия.pdf**
5K

 **Gmail - URGENT CONFIRMATION OF MAY 26, 2026 TELEPHONE CONVERSATION — Case ECW260309-01584-R1.pdf**
199K

**Original translation medical report by Evgeny Ilyin.pdf**
169K

**Certificate of account closure for the Sequoia branch.pdf**
806K