**Ohmyfin**

💬 Ohm    Solutions ▾    Knowledge Center ▾    About    🔍    🌐 EN ▾         🔔    👤

# Tracking Results

> **Return leg in progress.** This payment was rejected and the funds are being returned through the correspondent chain. The "in progress" status below refers to the return leg, not the original payment.

UETR
be654f5a–6c06–4839–bec8–4c3ec138c2ce

REFERENCE
be654f5a–6c06–4839–bec8–4c3ec138c2ce

STATUS                          LAST UPDATE
**Refunding** ❓                  22.05.2026 ❓

---

**BNY** **BNY Mellon**                                          **Rejected**

| | |
|---|---|
| Amount | 234,060.08 USD |
| Transaction Date | 08 May 2026 |
| Progress | **Payment Initiated** **Settlement in Progress** **Rejected** |

---

💬 Ohm  **Ask Ohm to analyze this payment**                     →
Get AI-powered insights about status, delays, and next steps

👁 This payment has been tracked:

by **1** registered + **0** unregistered user(s) via UETR ❓
by **1** registered + **0** unregistered user(s) via Reference ❓

**All Actions**    **Route Analysis** 1📋    **Share**    **Track Another**

Tracker allows you to retrieve information on the status of certain international payments. The display of certain information is not in real-time and may be delayed. Payment Tracker is being made available only for your convenience and informational purposes. Ohmyfin is not responsible for the accuracy, completeness, or reliability of any information on Tracker, and this information should not be used to make a decision in connection with any transaction.

⚠ **FRAUD WARNING** ⌄

---

ℹ SWIFT, SWIFT GPI, and UETR are registered trademarks of S.W.I.F.T. SCRL. Ohmyfin Limited is an independent service provider and is not affiliated with, endorsed by, or sponsored by S.W.I.F.T. SCRL. Trademark names are used solely for descriptive and informational purposes.