You are here: Home > Solutions > Client access solutions > International Payment Tracking

Welcome to the Deutsche Bank International payments tracker. This page provides our clients and their customers the ability to trace cross-border payments that are processed through the Deutsche Bank branch network, utilising the Unique End-to-End Transaction Reference (UETR) identifier that is now required on all cross border transactions processed via the SWIFT network to provide you with up to the minute status on your transactions

Read our help guide

   

# Payment Status

New Search

## Search Details

| UETR | Payment Reference |
|------|-------------------|
| be654f5a-6c06-4839-bec8-4c3ec138c2ce | - |

| instructed Amount | Currency | Date |
|-------------------|----------|------|
| 0.00 | - | - |

## Transaction History

Share Results

Copy URL

Status
Payment has been rejected

| Value Date | Last Update (UTC) |
|------------|-------------------|
| 2026-05-22T16:38:15.000Z | 22.05.2026; 20:38 |