

# THE WHITE HOUSE
## WASHINGTON

SEARCH 🔍

NEWS    GALLERY    LIVESTREAM    TRUMP ACCOUNTS    SAVE AMERICA    INVESTMENTS    CONTACT

# Contact Us

"In everything we do, my administration will be inspired by a strong pursuit of excellence and unrelenting success. We will not forget our country, we will not forget our Constitution, and we will not forget our God."

**PRESIDENT DONALD J. TRUMP – JANUARY 20, 2025**

Thank you for sharing your thoughts with President Donald J. Trump.

## All mail for the First Family is received at:

The White House

1600 Pennsylvania Avenue, N.W.

Washington, D.C. 20500



JOIN NOW