

**KATHY HOCHUL**
Governor

**KAITLIN ASROW**
Acting Superintendent

Evgeniy Ilin
306 West 21st Street, Apt. 11
New York, NY 10011

June 1, 2026

**RE:**    Dept. File #:  BKC-2026-01711596
        Your Complaint Against: JPMorgan Chase Bank, N.A. [CFPB]

Dear Evgeniy Ilin:

This letter is in response to your recent correspondence.

Based on the information you provided with your most recent communication, we reviewed your complaint file again.  Unfortunately, we are unable to take any further action in this matter.

Please note National Banks such as JPMorgan Chase Bank, N.A., are not regulated by the NYS Department of Financial Services.   JPMorgan Chase Bank, N.A. is a Federally chartered bank regulated at the Federal level by the Consumer Financial Protection Bureau (CFPB).  As such, the New York State Department of Financial Services does not have jurisdiction over National Banks.  You have the further option of filing a complaint with the Consumer Financial Protection Bureau (CFPB), if you haven't already done so, as they have Federal jurisdiction over National Banks.  Their contact information is provided below:

Consumer Financial Protection Bureau (CFPB)
P.O. Box 27170
Washington, DC  20038
Telephone:  1-855-411-2372
Website:  https://www.consumerfinance.gov/complaint

We regret our inability to be of further assistance to you.

Sincerely,

Carmen Janssen
Consumer Representative 1
Consumer Assistance Unit
212-480-4704
212-480-6282 (Fax)