UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| Ilin,<br><br>                    Plaintiff,<br><br>          v.<br><br> JPMorgan Chase Bank, N.A. et al.,<br><br>                    Defendants. | 26-CV-4816 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On June 11, 2026, Plaintiff, proceeding pro se, filed an emergency motion for a

temporary restraining order.  ECF No. 5.  On June 17, 2026, the case was reassigned to the

undersigned.  By **July 3, 2026**, Defendants shall file any opposition to the motion for a TRO.

Plaintiff shall file any reply by **July 10, 2026**.  Plaintiff shall serve Defendants with the

Complaint, the motion for a TRO, and a copy of this Order, and shall file proof of service on the

docket, by **June 24, 2026**.

SO ORDERED.

Dated:  June 22, 2026
        New York, New York

_____
        DALE E. HO
        United States District Judge