USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/8/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVGENIY ILIN,

Plaintiff,

-against-

JPMORGAN CHASE BANK, N.A. et al.,

Defendants.

**ORDER**

**26-CV-4816 (DEH) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's motion for leave to file a supplemental memorandum in opposition to Defendant's motion to dismiss. ECF No. 76. However, in light of the Court's previous Orders dated August 26, 2026, and September 1, 2026, and the fact that the motion is related to issues that the Plaintiff already had notice of—individual standing and representation by counsel—Plaintiff's request is denied.

Insofar as Plaintiff filed a Supplemental Notice on September 1, 2026, Plaintiff is directed to review the Court's August 26, 2026 Order regarding Plaintiff's permitted surreply, as the Court directed Plaintiff to file only the document at ECF No. 71-2.

**The Clerk of the Court is respectfully directed to terminate the motion at ECF No. 76.**

Dated: September 8, 2026
New York, New York

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge