USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/5/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVGENIY ILIN,

Plaintiff,

-against-

JPMORGAN CHASE BANK, N.A. et al.,

Defendants.

**ORDER**

**26-CV-4816 (DEH) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's objection to the Defendant's proposed case management plan filed November 2, 2026. The Court notes Plaintiff's nonconsent to the proposed plan. The Court further notes that Plaintiff references a scheduling request dated November 1, 2026, throughout his objection, but such a request does not appear on the docket as of the date of this Order.

Further, the Court notes Plaintiff's requests regarding discovery; any such discovery schedule will be determined at the November 9, 2026 Case Management Conference.

Dated: November 5, 2026
New York, New York

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge