USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/9/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVGENIY ILIN,

Plaintiff,

-against-

JPMORGAN CHASE BANK, N.A. et al.,

Defendants.

**POST-CONFERENCE ORDER**

**26-CV-4816 (DEH) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Parties appeared before the undersigned for a telephonic case management conference. On the record the Court ordered the following:

- Plaintiff's request for preliminary discovery is denied without prejudice. The Court will determine whether there should be any discovery following a final ruling on Defendants' pending motion to dismiss.
- Plaintiff has **thirty days** from the date of this Order to find counsel to represent JSC Sequioa and to have such counsel make an appearance on the docket.
- Plaintiff also has **thirty days** from the date of this Order to provide a supplemental brief of ten pages describing his personal claims and personal interest in the action. Defendants will then have **fourteen days** to reply to Plaintiff's supplemental brief.

Insofar as the Court received Plaintiff's adjournment request after the conference, Plaintiff's requests for an adjournment and interpreter at ECF No. 93 are denied as moot.

**The Clerk of the Court is respectfully directed to terminate the motion at ECF Nos. 75 and 93.**

Dated: November 9, 2026
New York, New York

SO ORDERED.

__________________________________

KATHARINE H. PARKER
United States Magistrate Judge