USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 11/19/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

EVGENIY ILIN,

Plaintiff,

-against-

JPMORGAN CHASE BANK, N.A. et al.,

Defendants.

**ORDER**

**26-CV-4816 (DEH) (KHP)**

**KATHARINE H. PARKER, United States Magistrate Judge.**

The Court is in receipt of Plaintiff's request for clarification of the Court's previous order and for leave to file another supplemental memorandum in opposition to Defendants' motion to dismiss. ECF Nos. 99, 101. Insofar as Plaintiff requests a clarification of the Court's previous Order, Plaintiff has thirty days from November 9, 2026, to retain counsel to represent him in his capacity as a trustee and fiduciary/trustee of JSC Sequioa.

In light of the Court's previous Orders denying Plaintiff's continued requests for supplemental briefing and the fact that Plaintiff has already filed a supplemental memorandum at ECF Nos. 98–97, with the Court's permission, the Court denies Plaintiff's request to file a further supplemental memorandum.

**The Clerk of the Court is respectfully directed to terminate the motion at ECF Nos. 99, 101.**

Dated: November 19, 2026
New York, New York

SO ORDERED.

Katharine H Parker

KATHARINE H. PARKER
United States Magistrate Judge